UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

NICHOLAS MCDANIEL,

                              Petitioner,

   v.

TIM GARRETT, *et al.*,

                              Respondents.

Case No. 3:24-cv-00074-MMD-CLB

ORDER

     Petitioner seeks an extension of time to file his first amended petition for writ of habeas corpus. (ECF No. 13.) The Court finds that the request is made in good faith and not solely for the purpose of delay. Thus, good cause exists to grant the motion.

     It is therefore ordered that Petitioner's first unopposed motion for enlargement of time (ECF No. 13) is granted. Petitioner must file his first amended petition for writ of habeas corpus by December 11, 2024.

     DATED THIS 4th Day of September 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE