UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NICHOLAS MCDANIEL,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>TIMOTHY GARRETT, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:24-cv-00074-MMD-CLB<br><br>ORDER |

　　　In this habeas corpus action, Respondents request a 60-day enlargement of time to file a response to the first amended petition (ECF No. 18). The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

　　　It is therefore ordered that Respondents' unopposed motion to extend time (ECF No. 18) is granted. Respondents have until April 11, 2025, to file a response to the first amended petition.

　　　DATED THIS 11th Day of February 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE