UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NICHOLAS MCDANIEL,<br><br>　　　　　　　　Petitioner,<br>　v.<br>TIM GARRETT, *et al.*,<br>　　　　　　　　Respondents. | Case No. 3:24-cv-00074-MMD-CLB<br><br>ORDER |

Respondents seek an extension of time to file their response to the second amended petition for writ of habeas corpus. (ECF No. 25.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and, therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' first unopposed motion for enlargement of time (ECF No. 25) is granted. Respondents have until July 22, 2025 to file their response.

DATED THIS 16th Day of June 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE