UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NICHOLAS MCDANIEL,<br><br>    Petitioner,<br>v.<br><br>TIM GARRETT, *et al.*,<br><br>    Respondents. | Case No. 3:24-cv-00074-MMD-CLB<br><br>ORDER |

Respondents seek an extension of time to file their response to the second amended petition for writ of habeas corpus. (ECF No. 27 ("Motion").) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the Motion.

It is therefore ordered that Respondents' second unopposed motion for enlargement of time (ECF No. 27) is granted. Respondents have until September 5, 2025, to file their response.

DATED THIS 13th Day of August 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE