UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NICHOLAS MCDANIEL,<br><br>　　　　　　Petitioner,<br>　v.<br>TIM GARRETT, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:24-cv-00074-MMD-CLB<br><br>ORDER |

Petitioner seeks an extension of time to file his opposition to Respondents' motion to dismiss. (ECF No. 36.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's first unopposed motion for enlargement of time (ECF No. 36) is granted. Petitioner has until December 19, 2025, to file his opposition.

DATED THIS 20th Day of November, 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE